## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THOMAS R. MONTGOMERY, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. CIV-15-297-M |
| GRADY COUNTY SHERIFF'S DEPARTMENT, et al., | ) |
| Defendants. | ) |

### ORDER

On December 31, 2015, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983. The Magistrate Judge recommended the dismissal without prejudice of plaintiff's action. Plaintiff was advised of his right to object to the Report and Recommendation by January 20, 2016. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 14] issued by the Magistrate Judge on December 31, 2015, and

(2) DISMISSES this action without prejudice.

**IT IS SO ORDERED this 28th day of January, 2016.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE